# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

COREY JAMES SMITH,

Defendant.

CR 11-454-ST

**INDICTMENT**
18 U.S.C. §§ 1470, 2422(b), 2428
**UNDER SEAL**

## THE GRAND JURY CHARGES:

### COUNT 1
### (Enticement of a Minor)

Beginning in or about September 2007, and continuing to on or about May 24, 2010, in the District of Oregon and elsewhere, defendant **COREY JAMES SMITH** knowingly and unlawfully used and attempted to use means of interstate commerce, including the telephone and the Internet, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO
### (Transfer of Obscene Material to Minor Under Age 16)

On or about February 11, 2010, in the District of Oregon and elsewhere, defendant **COREY JAMES SMITH**, using a facility or means of interstate commerce, that is the Internet, knowingly transferred obscene matter to an individual who had not attained the age of 16 years, knowing that such individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT THREE
### (Transfer of Obscene Material to Minor Under Age 16)

On or about March 31, 2010, in the District of Oregon and elsewhere, defendant **COREY**

**JAMES SMITH**, using a facility or means of interstate commerce, that is the Internet,

knowingly transferred obscene matter to an individual who had not attained the age of 16 years,

knowing that such individual had not attained the age of 16 years, in violation of Title 18, United

States Code, Section 1470.

## CRIMINAL FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense

alleged in Count One of this indictment, defendant **COREY JAMES SMITH**  shall forfeit to the

United States any and all property, real or personal, that was used or intended to be used to

commit or facilitate the commission of the offense alleged in that count, and any property, real or

personal, constituting or derived from any proceeds obtained directly as a result of that offense,

including the following:

    a.    an HP Pavilion a6213w, PC Tower, serial number CNH7460D82; and

    b.    an Olympus X21 Digital Camera, serial number U4NA16539.

DATED this  15th  day of November 2011.

A TRUE BILL.

_____
FOREPERSON

Presented by:
S. AMANDA MARSHALL
United States Attorney

_Jane Shoemaker_
_____
JANE H. SHOEMAKER
Assistant United States Attorney

PAGE 2 - INDICTMENT